IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00232-BNB

ROY J. MAIN,

    Plaintiff,

v.

CINDY MARTIN, Eye Doctor of AVCF and FCF,
GEORGE HUBBS, RN-III Director of Utilization Management,
(JOHN/JOAN DOES), Movement Personnel, and
(JOHN DOE), Warden of FCF,

    Defendant.

## ORDER DIRECTING WARDEN TO PROVIDE COURT WITH A CERTIFIED COPY OF PLAINTIFF'S TRUST FUND ACCOUNT STATEMENT

Plaintiff Roy J. Main is a prisoner in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility at Sterling, Colorado. In an order filed on February 10, 2006, the court directed Mr. Main to cure the deficiencies in this action by filing a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of the complaint. On March 3, 2006, Mr. Main filed a "Motion for Production of Document" in which he alleges that prison officials will not provide him with a certified copy of his inmate trust fund account statement and a "Motion for Extension of Time Within Which to File 'Acct. Statement.'"

Pursuant to 28 U.S.C. § 1915(a)(2), Mr. Main needs "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . ., obtained from the

appropriate official of each prison at which the prisoner is or was confined" in order to proceed *in forma pauperis* in this action. Mr. Main has filed a motion seeking leave to proceed *in forma pauperis*. Therefore, the warden of the Sterling Correctional Facility will be ordered to obtain from the appropriate prison official and to provide the court with a certified copy of Mr. Main's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on January 31, 2006. Failure to provide such an account statement within the time allowed will result in a court order directing the warden to pay the entire $250.00 filing fee owed in this action. Accordingly, it is

ORDERED that the "Motion for Production of Document" and "Motion for Extension of Time Within Which to File 'Acct. Statement'" filed on March 3, 2006, are granted. It is

FURTHER ORDERED that the warden of the Sterling Correctional Facility shall have **thirty (30) days from the date of this order** to obtain from the appropriate prison official and provide the court with a certified copy of Plaintiff Roy J. Main's inmate trust fund account statement or institutional equivalent for the six-month period immediately preceding the filing of this action on January 31, 2006. It is

FURTHER ORDERED that failure to provide such an account statement within the time allowed may result in a court order directing the warden of the Sterling Correctional Facility to pay the entire $250.00 filing fee owed in this action. It is

FURTHER ORDERED that the clerk of the court shall mail a copy of this order to the warden of the Sterling Correctional Facility.

DATED March 7, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00232-BNB

Roy J. Main
Prisoner No. 48337
Sterling Correctional Facility
PO Box 6000 – Unit 21
Sterling, CO 80751

Warden of Sterling Correctional Facility
12101 Hwy. 61
P.O. Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  3-7-06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk