IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-ZLW

ROY J. MAIN,

    Plaintiff,

v.

CINDY MARTIN, Eye Doctor of AVCF and FCF,
GEORGE HUBBS, RN-III Director of Utilization Management, and
JOHN/JOAN DOES, Movement Personnel,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 8 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER REINSTATING CASE

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on April 6, 2007, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on April 6, 2007.

DATED at Denver, Colorado, this 18 day of April , 2007.

BY THE COURT:

*[signature]*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00232-BNB

Roy J. Main
Prisoner No. 48337
Sterling Correctional Facility
PO Box 6000 – Unit 21
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-18-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk