IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-BNB

ROY J. MAIN,

    Plaintiff,

v.

CINDY MARTIN, Eye Doctor of AVCF and FCF,
GEORGE HUBBS, RN-III Director of Utilization Management, and
JOHN/JOAN DOES, Movement Personnel,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

On April 19, 2007, the court ordered Plaintiff to show cause why the instant action should not be dismissed for failure to comply with the court's March 15, 2006, order granting leave to proceed *in forma pauperis* in this action and the filing fee payment requirements 28 U.S.C. § 1915(b)(2). On April 25, 2007, Plaintiff filed his response to the order to show cause. Plaintiff also has made two recent payments that were credited to the appellate filing fee he owes.

The court has reviewed the response and finds that Plaintiff has shown good cause why the instant action should not be dismissed at this time for failing to make monthly filing fee payments. The April 19 show-cause order will be discharged. Plaintiff is reminded that he must continue to make monthly filing fee payments in accordance with § 1915(b)(2) and the court's March 15, 2006, order until the filing fee is paid in full. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on April 19, 2007, is discharged.

DATED May 4, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00232-BNB

Roy J. Main
Prisoner No. 48337
Sterling Correctional Facility
PO Box 6000 – Unit 21
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on   5-4-07

                          GREGORY C. LANGHAM, CLERK

                          By: _____
                                   Deputy Clerk