IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

Plaintiff,

v.

CINDY MARTIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Order of Court (Docket No. 63) is denied. It is unnecessary for plaintiff to submit a copy of items such as the Administrative Regulations as exhibits because the court has access to them. Therefore, this court finds that there is no need for a court order requiring the Department of Corrections to expend the financial resources making copies of such items for the plaintiff unless otherwise ordered by the court.

Date: July 30, 2007