IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

Plaintiff,

v.

CINDY MARTIN, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that plaintiff's Motion to Compell [sic] Discovery (Docket No. 71) is denied. In that motion, plaintiff seeks an order from this court directing the Department of Corrections Headquarters to comply with plaintiff's two discovery requests, one of which was made pursuant to Fed. R. Civ. P. 34(b) and the other pursuant to Fed. R. Civ. P. 26(b). The Department of Corrections, however, is not a party to this action and thus was not required to respond to such discovery requests. Rules 34 and 26 apply to parties, not non-parties such as the Department of Corrections. It is further

     **ORDERED** that the plaintiff's Motion for Status/Clerk of Court (Docket No. 74) is granted as follows. The court has not received the address of Cindy Martin or the names and addresses of Movement Personnel. In addition, in the ordered paragraph above, the court ruled on plaintiff's motion to compel, which was filed on September 13, 2007, and thus just became ripe for ruling.

Date: October 10, 2007