IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

Plaintiff,

v.

CINDY MARTIN, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 0 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that the plaintiff's Motion to Compel Service to Defendants (Docket No. 82) is granted in part and denied in part. The motion is denied to the extent that the court will not direct the Department of Corrections to accept process on behalf of defendant Cindy Martin, who is no longer a DOC employee. The motion is granted to the extent that the U.S. Marshal Service is directed to attempt service on defendant Cindy Martin at the following address provided by the plaintiff: Cynthia Martin, D.D., "Your Child's Eyes," 900 Independent Ave., #D, Pueblo, CO 81004. It is further

**ORDERED** that the plaintiff's Motion to Compel Service to Defendant(s) (Docket No. 83) is denied. It is further

**ORDERED** that the plaintiff's letter/motion filed on November 29, 2007 (Docket No. 86), is denied as moot. It is further

**ORDERED** that the plaintiff's motion for Extension of Time to Serve (Docket No. 89) is granted to the extent that the court will extend the time to serve defendant Martin to February 15, 2008, to permit the U.S. Marshal to attempt service at the address provided above.

Date: December 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00232-WDM-MJW

Roy J. Main
Prisoner No. 48337
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Cindy Martin

Edward T. Farry, Jr.
Attorney at Law
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service service of process on Cindy Martin: COMPLAINT FILED 02/10/06, AMENDMENT TO COMPLAINT FILED 5/9/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 12/20/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk