IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

    Plaintiff,

v.

CINDY MARTIN, *et al.*

    Defendants.

## ORDER ON MOTIONS *IN LIMINE*

Miller, J.

    This case is before me on two motions *in limine* filed by Plaintiff to exclude evidence of all prior convictions, all previous civil complaints filed by Plaintiff, and all prison records (Docket Nos. 61, 62). Defendants have not responded to the motions. First, I note that I must construe Plaintiff's pleadings liberally and hold him to a "less stringent standard" as he is proceeding *pro se*. *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) ("A pro se litigant's pleadings are to be construed liberally and held to a less stringent standard than formal pleadings drafted by lawyers." (citing *Haines v. Kerner*, 404 U.S. 519, 520–21 (1972))).

    Although I appreciate Plaintiff's attempt to streamline trial preparation and trial time, I have inadequate information before me at this time to rule on the motions. A ruling on these motions will require specific information concerning Plaintiff's prior convictions, previous civil complaints, and prison records and the purposes for which

PDF Final

the evidence is offered. The motions provide none of this information and Defendants have not provided any insight as they have not responded to the motions. Furthermore, this information may best be provided in the context of a trial preparation conference or the trial itself.[1]

Accordingly, it is ordered that the motions *in limine* filed by Plaintiff on July 23, 2007 (Docket Nos. 61, 62) are denied without prejudice.

DATED at Denver, Colorado, on January 25, 2008.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

---

[1] I also note that the Motion in Limine Against All Prior Convictions (Docket No. 61) appears to not have been served on Defendants. Furthermore, there is no indication in either motion (Docket Nos. 61, 62) that Plaintiff attempted to confer with Defendants prior to filing the motions. Although Plaintiff is proceeding *pro se*, he is not excused from making a reasonable attempt to confer and stating his efforts to confer in the motion. D.C.COLO.LCivR 7.1A.

PDF Final