IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

Plaintiff,

v.

CINDY MARTIN, et al.,

Defendants.

**ORDER REGARDING DEFENDANT HUBBS' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION (DOCKET NO. 121)**

Entered by Magistrate Judge Michael J. Watanabe

This matter is before the court on Defendant Hubbs' Motion for Leave to Take Plaintiff's Deposition (docket no. 121). The court has reviewed the subject motion and has taken judicial notice of the court file. In addition, the court has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this lawsuit;

2. That venue is proper in the State and District of Colorado;

3. That pursuant to D.C.COLO.LCivR 7.1 C, I have the authority to rule on the subject motion **any time after it is filed**;

4. That Plaintiff is currently incarcerated in the Colorado Department of Corrections;

5. That pursuant to Fed. R. Civ. P. 30(a)(2)(B), leave of court is required before Defendants may take the deposition of Plaintiff. *See* also Ashby v. McKenna, 331 F.3d 1148 (10th Cir. 2003)(citing Kendrick v. Schnorbus, 655 F.2d 727 (6th Cir. 1981);

6. That the Pro Se Incarcerated Plaintiff brought this action and Defendant Hubbs and the Co-Defendants are entitled to take his deposition; and,

7. That Defendant Hubbs has demonstrated good cause for granting the subject motion.

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Defendant Hubbs' Motion for Leave to Take Plaintiff's Deposition (docket no. 121) is **GRANTED**;

2. That Defendant Hubbs and the Co-Defendants shall comply with all rules and regulations of the Colorado Department of Corrections in scheduling and conducting the deposition of the Pro Se Incarcerated Plaintiff; and,

3. That each party shall pay their own attorney fees and costs for this motion.

Done and Signed this 15th day of May, 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE