IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

    Plaintiff,

v.

C. MARTIN, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL OF DEFENDANT MOORE ONLY

---

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint is dismissed without prejudice as to defendant Moore/Offender Services, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on May 29, 2008.

                                BY THE COURT:

                                s/ Walker D. Miller
                                United States District Judge