IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-00232-WDM-MJW

ROY J. MAIN,

Plaintiff,

v.

CINDY MARTIN, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Hubba' Motion to Vacate Settlement Conference (docket no. 166) is GRANTED finding good cause shown. The Settlement Conference set before Magistrate Judge Watanabe on February 24, 2009, at 10:30 a.m. is VACATED. The parties may file a motion to reset the Settlement Conference.

It is further ORDERED that counsel for the Defendant shall ensure that the incarcerated plaintiff is advised of this court's ruling and that the Settlement Conference has been vacated, no later than Friday, February 20, 2009, at 5:00 p.m.

Date: February 19, 2009